IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDHYA VERMA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 11-611 |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of May 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 17), Plaintiff's Complaint (Doc. No. 1), Defendant's Separate Statement of Undisputed Material Facts (Doc. No. 17-1), Plaintiff's Response in Opposition (Doc. No. 20), Plaintiff's Answer to Defendant's Separate Statement of Undisputed Material Facts (Doc. No. 20-3), Declaration of Plaintiff in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 23), and Defendant's Reply in Further Support of Motion for Summary Judgment (Doc. No. 24), and for the reasons stated in the Opinion filed this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED** on Counts I, II, III, and IV of the Complaint.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.